PROBATION FORM NO. 35                                Report and Order Terminating Probation/
(1/92)                                                 Supervised Release
Prior to Original Expiration Date

# United States District Court

for the

Middle District of Alabama

**UNITED STATES OF AMERICA**

      v.                                                             Criminal No. **2:03CR00017-002**

**CLEDDIE STONE**

On August 26, 2003, the above named was placed on supervised release for a period of 3 years. Stone has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervised release.

                                                          Respectfully submitted,

                                                   /s/ Sandra G. Wood
                                                   Sandra G. Wood
                                                   Senior U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 18th day of July, 2006.

                                                   /s/ Mark E. Fuller
                                                   CHIEF UNITED STATES DISTRICT JUDGE